C. A. No. 73-286. STATE *v.* GRACE C. CRESCENZO. Motion of appellant that appeal be granted or alternatively that a peremp-

tory hearing be granted is denied. Motion of State for extension of time to March 5, 1974 in which to file brief is granted. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-appellee. *Nugent & Nugent, J. Joseph Nugent, Jr.,* for defendant-appellant.